## JAMES B. VAN EPPS
### ATTORNEY AT LAW

7 CEDAR STREET, SUITE C
SUMMIT, NJ 07901

MEMBER NJ & NY BARS, LLM (TAXATION)

TELEPHONE 908-918-9100
FACSIMILE 908-918-9170



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/06

*Adjourned to 2/24/06 @ 9:45. Work on settlement.*

**SO ORDERED:**
*Date: 1/10/06* /s/ Richard M. Berman
**Richard M. Berman, U.S.D.J.**

January 9, 2006

**MEMO ENDORSED**

RECEIVED
JAN 10 2006
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

By Federal Express
Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

Re: <u>Constance Van Epps vs. Redcats USA, Inc. [05 Civ. 10757]</u>

Dear Judge Berman:

    I am writing in connection with the above referenced case to request an adjournment of the initial pre-trial conference set for January 27, 2006. I hereby respectfully request an adjournment of such conference to Friday, February 24, 2006 at 9:45 a.m.

    The complaint in this case was filed on December 23, 2005. On that date, a request for waiver of service of summons was mailed to the defendant's registered agent in accordance with Rule 4(d) of the Federal Rules of Civil Procedure. Defendant is aware of the filing of the Complaint, but has not yet returned the waiver or filed an Answer.

    I have had numerous discussions with the defendant's attorney, Ryan M. Poor of Ice Miller, Esqs., since the date of filing of the Complaint and significant efforts have been made by both parties to <u>settle the matter</u>. An adjournment is requested so that the parties may continue negotiations to settle the matter and, if necessary, the defendant may more fully address the issues raised in the Complaint and prepare its Answer.

    The defendant's attorney has informed me that the defendant consents to an adjournment of the initial pre-trial conference to February 24, 2006 at 9:45 a.m. Please confirm that this date is acceptable for the conference.

Honorable Richard M. Berman  Page 2
January 9, 2006

      Thank you for your kind consideration of this request.

                              Sincerely yours,

                              James B. Van Epps

cc:   Ms. Constance Van Epps

      Ryan M. Poor, Esq. (by email only)
      Ice Miller