USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-2-06

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

Constance Van Epps,

              Plaintiff

     vs.

Redcats USA, Inc.,

              Defendant

-------------------------------------------------X

**CIVIL ACTION NO.: 05 CV 10757**

ORDER *MEMO ENDORSED*

This matter having come before the Court upon the Notice of Dismissal heretofore filed by counsel for Plaintiff;

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed with prejudice, each party to bear its own costs, attorneys' fees and expenses.

Dated: 2/2/06

RMB

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard M. Berman

Copy to:
James B. Van Epps
7 Cedar Street
Summit, NJ  07901
Jbv97@msn.com